**STATE of Missouri, Respondent,**

v.

**Delarren MASON, Appellant.**

**No. ED 87248.**

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 17, 2006.

Motion For Rehearing and/or Transfer to
Supreme Court Denied Dec. 4, 2006.

Application for Transfer Denied
Jan. 30, 2007.

Frank A. Anzalone, Stormy B. White,
Clayton, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen.,
Stephanie Morrell, Assistant Attorney
General, Jefferson City, MO, for respondent.

Before CLIFFORD H. AHRENS, P.J.,
and MARY K. HOFF, J., and
NANNETTE A. BAKER, J.

### ORDER

PER CURIAM.

Delarren Mason (Defendant) appeals
from a trial court judgment of conviction of
first-degree trespass, first-degree robbery,
armed criminal action, and two counts of
false imprisonment entered after a jury
trial. Defendant alleges trial court error
in ruling Defendant could not argue an
adverse inference from the State failing to
call certain witnesses, in overruling Defendant's *Batson* challenges, and in denying
Defendant's request for a mistrial after a
witness testified that Defendant "had
wanteds out."

We have reviewed the briefs of the parties and the record on appeal and conclude
that the trial court did not: (1) plainly err
in ruling Defendant could not argue an
adverse inference from the State failing to
call certain witnesses; (2) clearly err in
overruling Defendant's *Batson* challenges;
and (3) did not abuse its discretion in
denying Defendant's request for a mistrial
after a witness testified that Defendant
"had wanteds out." An extended opinion
would have no precedential value. We
have, however, provided a memorandum
setting forth the reasons for our decision
to the parties for their use only. We
affirm the judgment pursuant to Missouri
Rule of Criminal Procedure 30.25(b).